**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

IN RE:  ADOPTION OF  N.R.J., A MINOR  : No. 327 WAL 2014
:
:
PETITION OF: L.W., NATURAL FATHER  : Petition for Allowance of Appeal from the
: Order of the Superior Court

## ORDER

**PER CURIAM**

    **AND NOW**, this 14th day of August, 2014, the Petition for Allowance of Appeal is **DENIED**.